UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASON E. CATO, 21B0271

                                        Plaintiff,

vs.

PRIVATE INVESTIGATOR JOSEPH MURPHY,
DETECTIVE DANIEL S. VISINGARD, and
MR. ASTRINO, Deputy Sheriff of the Ontario
County Sheriff's Department,

                                        Defendants.

**STIPULATION OF VOLUNTARY DISCONTINUANCE**
Civil Action No.: 6:20-cv-06436-EAW-MJP

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the parties and/or attorneys of record for all the parties to the above-entitled action that remain as parties to the action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that in consideration of a negotiated settlement between said parties, the above-captioned action be and it hereby is, withdrawn, discontinued, and dismissed with prejudice and on the merits, with each party to bear his own attorneys' fees and costs.

This Stipulation of Voluntary Discontinuance may be executed in counterparts, each of which shall be an original and all which together shall constitute a Stipulation of Voluntary Discontinuance.

Dated: 6/26/2023

_Brittany L. Ho_ (signature)

Brittany L. Hannah, Esq.
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Detective Daniel S. Visingard*
Office and Post Office Address
211 West Jefferson Street, Suite 20
Syracuse, New York 13202
Telephone: (315) 474-2943
bhannah@sugarmanlaw.com

Dated: May 31st, 2023

_Jason E. Cato 21B0271_ (signature)

Jason E. Cato, 21B0271
**MARCY CORRECTIONAL FACILITY**
P.O. Box 3600
900 Old River Road
Marcy, New York 13403-3600

Dated: 5/26/2023

*Nathan J. Thomas*
Nathan J. Thomas, Esq.
Assistant County Attorney
**ONTARIO COUNTY ATTORNEY'S OFFICE**
*Attorneys for Mr. Astrino, Deputy Sheriff of the Ontario County Sheriff's Department*
Office and Post Office Address
20 Ontario Street, 3rd Floor
Canandaigua, New York 14424
Telephone: (585) 396-4884
*Nathan.Thomas@ontariocountyny.gov*

SO ORDERED

ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
**Dated: June 29, 2023**